UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In Re:                                              MOTION TO AVOID LIENS

RONIE L. VANHORN                                    CASE NO.: 18-21124

                Debtor,
---------------------------------------------------------------x

**"PURSUANT TO FRBP 9014 AND THE STANDING ORDERS IMPLEMENTING DEFAULT PROCEDURES IN ROCHESTER; IF YOU INTEND TO OPPOSE THE MOTION, AT MINIMUM, YOU MUST SERVE: (1) THE MOVANT AND MOVANT'S COUNSEL, AND (2) IF NOT THE MOVING PARTY (A) THE DEBTOR AND DEBTOR'S COUNSEL; AND (B) IN A CHAPTER 11 CASE, THE CREDITOR'S COMMITTEE AND ITS ATTORNEY, OR IF THERE IS NO COMMITTEE, THE 20 LARGEST CREDITORS; AND (C) ANY TRUSTEE. IN ADDITION, YOU MUST FILE WITH THE CLERK OF THE BANKRUPTCY COURT WRITTEN OPPOSITION TO THE MOTION NO LATER THAN THREE (3) BUSINESS DAYS PRIOR TO THE RETURN DATE OF THE MOTION NOTWITHSTANDING THE DECEMBER 1, 2009 AMENDMENTS TO FRBP 9006(a). IN THE EVENT THAT NO WRITTEN OPPOSITION IS SERVED AND FILED, NO HEARING ON THE MOTION WILL BE HELD ON THE RETURN DATE AND THE COURT WILL CONSIDER THE MOTION UNOPPOSED."**

PLEASE TAKE NOTICE, that upon the affirmation of counsel dated December 4, 2018, Ronie L. Vanhorn, the debtor herein, by his attorneys, Legal Assistance of Western New York, Inc., Mark H. Wattenberg of Counsel, will make a motion before the Court on December 20, 2018, at 10:00 a.m. at the US Bankruptcy Court, 100 State Street, Rochester, New York , for an order pursuant to 11 U.S.C. §522(f), for the cancellation and avoidance of judicial liens, on the ground that such liens impair Debtor's homestead exemption.

Dated:  December 4, 2018         /s/ Mark H. Wattenberg
       Bath, New York         _____
                                        MARK H. WATTENBERG, ESQ.
                                        LEGAL ASSISTANCE OF WESTERN NEW YORK, INC.
                                        Attorney for Debtor Ronie Vanhorn
                                        16 West William Street
                                        PO Box 272
                                        Bath, New York 14810
                                        Tel: (607) 776-4126

TO: Michael Arnold, Chapter 7 Trustee
PO Box 1307
Fairport, NY 14450

U.S. Trustee's Office
100 State Street, Room 6090
Rochester, NY 14614

Ronie L. Vanhorn, Debtor
8 Spruce Street
Canisteo, NY 14823

Unifund CCR Partners, Judgment Creditor
10625 Techwoods Circle
Cincinnati, OH 45242

Sharinn & Lipshe, PC
Attorneys for Judgment Creditor Unifund CCR Partners
50 Charles Lindbergh Blvd.; Suite 604
Uniondale, NY 11553

Ashish Masih, Chief Executive Officer
Midland Funding, LLC, Judgment Creditor
8875 Aero Drive
San Diego, CA 92123

Stephen Einstein & Associates P.C.
Attorneys for Judgment Creditor, Midland Funding, LLC,
39 Broadway, Suite #1250
New York, NY, 10006

ESL Federal Credit Union, Judgment Creditor
255 Chestnut Street
Rochester, NY 14604

Lacy Katzen LLP
Attorneys for Judgment Creditor, ESL Federal Credit Union
PO Box 22878
130 East Main Street
Rochester, NY 14692-2878